UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNLIMITED AVENUES, INC.,
                             Plaintiff,

                     21 Civ. 10972 (LGS)

-against-

ORDER

BEELINE IMPORTS & SERVICES, LLC, et al.,
                            Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated February 7, 2022, required the parties to file a proposed case management plan and joint letter by March 16, 2022, at noon;

    WHEREAS, the initial pretrial conference is currently scheduled for March 23, 2022, at 4:20 P.M.;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **March 18, 2022 at noon**.

Dated: March 16, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE