

525 Seventh Avenue, Ste 1810
New York, NY 10018t. 212-704-2014
sk@kakarlaw.net
kalpana@kakarlaw.net
www.kakarlawpc.com

**Sumeer Kakar, Esq. | Kalpana Nagampalli, Esq**

April 18, 2022

**By ECF**
The Hon. James L. Cott
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Unlimited, Inc. v. Beeline Imports & Services, LLC*, 21-cv-10972 (LGS)(JLC

Dear Your Honor:

    Pursuant to Your Honor's order dated March 18, 2022 (Dkt. No. 24), Plaintiff Unlimited, Inc writes this letter with Defendants Beeline Imports & Services, LLC and Albertsons Companies, Inc. d/b/a Acme Stores' ("Defendants") (collectively "the Parties") consent to submit the Parties availability for a settlement conference in the above-captioned case.

    The Parties jointly propose June 6,7, and 10, 2022, as mutually convenient dates to appear before Your Honor for the settlement conference. Further, the Parties respectfully request the Court to provide the video platform for the settlement conference and if required are available to discuss the logistics. We look forward to attending and participating in the settlement conference.

                                          Respectfully submitted,
                                          /s/Kalpana Nagampalli
                                          Kalpana Nagampalli